IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW GLASS**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 2:20-CV-00041-BSM**

**MARJORIE FARMER** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE